UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN WOODS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-00152 |
| § | |
| CV MCDOWELL, LLC; dba EXPRESS RX § | |
| PHARMACY SERVICES; dba RX § | |
| PHARMACY SERVICES, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending in the above-referenced cause is Plaintiff's Motion for Default Judgment against Defendant (Document No. 22). On February 5, 2018, the Magistrate Judge issued her Memorandum and Recommendation ("M&R") recommending that Plaintiff's Motion be granted. Document No. 32. Defendant filed no objections to the Magistrate Judge's M&R, and upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Document No. 32) is **ADOPTED.** Plaintiff' Motion for Default Judgment (Document No. 22) is **GRANTED**.

SIGNED at Houston, Texas, this 5th day of March, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE