United States District Court
Southern District of Texas
**ENTERED**
March 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN WOODS, individually and on behalf of a class of all others similarly situated. | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-cv-00152 |
| CV MCDOWELL, LLC, a Florida Corporation, d/b/a RX Pharmacy Services and Express RX Pharmacy Services, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT AGAINST DEFENDANT CV MCDOWELL, LLC

Before the Court is Plaintiff John Woods' ("Plaintiff") Motion for Default Judgment against Defendant CV McDowell, LLC [Doc. 22]. The Court, having considered the motion, the Clerk's prior entry of Default against Defendant, Plaintiff's affidavit of evidence, the applicable law, and the Magistrate Judge's Memorandum and Recommendation, is of the opinion that the Motion should be and is hereby GRANTED in all respects.

Accordingly, the Court ORDERS that the Plaintiff shall and hereby have JUDGMENT against Defendant for $4,500 in statutory damages pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §227 et seq. The Court further ORDERS that the amount awarded to Plaintiff in the preceding sentence shall bear post judgment interest at the rate of 1.66% simple interest, compounded annually, from the date of judgment until paid, for which amount

execution may issue. All relief no expressly granted herein is denied. This is a FINAL JUDGMENT.

Signed this 14th day of March, 2018.

_____
Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

JUDGMENT                                                                          Page 2